IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAURICE BERNARD STEWART, JR.  :
    Plaintiff,  :
        v.  :    CIVIL ACTION NO.: JFM-10-863
NORMAN A. BROWN, M.D., et al.  :
    Defendants.  :

...ooOoo...

## PLAINTIFF'S MOTION FOR COPYWORK AT THE EXPENSE OF THE GOVERNMENT

    Plaintiff, Maurice B. Stewart, Jr., in pro se respectfully moves this Honorable Court to grant him copywork at the expense of the government and states as reasons the following:

    1. The Plaintiff was denied an opportunity to have his health and disability issues addressed due to the fact that the requested copywork, which is a video disc showing the Plaintiff being abused by being dragged on his back by the leg irons restraints while suffering from a severely edematous right arm and unable to ambulate due to cancer and epileptic seizure disorder, the abuse was done by a correctional officer and when the Plaintiff attempted to have the video mailed to the U.S. department of justice (disability Rights Section) to demonstrate the discrimination and abuse, the prison staff sent the disc back by mailing it to the Attorney General's office as to preclude the Plaintiff from having it mailed out.

Page 1.

2. The denial of the video disc precluded the Plaintiff from proving to the U.S. Department of Justice disability section, a pattern of abuse by D.O.C. staff toward the Plaintiff.

3. The video disc which was provided by counsel for Co-Defendants Daniel Flannery and David Logsden, was sent to the Court as their exhibit number 2 in the above-captioned case.

4. The Plaintiff is requesting for the Court to provide him with two copies of the video disc. The Plaintiff need one of the copies sent to: The U.S. Department of Justice, Civil Rights Division, 950 Pennsylvania Avenue, N.W., Disability Rights Section-NYAV, Washington, D.C. 20530 as evidence on Plaintiff's behalf.

And the Plaintiff need the second copy of the disc mailed to my Sister located at: 3622 Forest Park Avenue, 2nd Floor, Baltimore, Maryland 21216. Both copies requested are for the purpose of addressing disability discrimination and abuses against me.

5. The Plaintiff is an indigent pro se litigant and can not afford to pay the cost for the requested copywork.

WHEREFORE, Plaintiff prays that this Court grant him his Motion for Copywork at the expense of the Government and any other relief that this Court deems appropriate.

Respectfully Submitted,
Maurice B. Stewart, Jr.
Plaintiff, pro se

Page 2.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December, 2010, a copy of the foregoing Plaintiff's Motion For Copywork at the expense of the Government, was mailed, postage prepaid to:

Daniel Flannery and David Logsden, c/o Stephanie Lane-Weber, Esq., Assistant Attorney General and Counsel for above Mentioned Co-Defendants. St. Paul Plaza, 200 St. Paul Place, Baltimore, Maryland 21202.

Norman A. Brown, M.D., c/o Jon Eric Roades, Esq., Counsel for Defendant Brown, M.D., 204 Monroe Street, Suite 101, Rockville, Maryland 20850.

Re: Civil Action No.: JFM-10-863

Case 1:10-cv-00863-JFM Document 35 Filed 12/14/10 Page 4 of 4

FILED _____ ENTERED
LOGGED _____ RECEIVED

DEC 14 2010

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

12-10-10

Dear Miss Felicia C. Cannon, Clerk:

Please Pass this letter on to the Honorable Judge Motz?

Your Honor, It is necessary for me to have copies of this video disc footage to be sent to the U.S. Dept. of Justice's Disability Rights Section because under title II of the Americans With Disability Act / Section 504 of the Rehabilitation Act of 1973. It tell the complainant to forward all proof of discrimination & abuse. I am making an effort to do just that & these prison officials call themselves trying to prevent me from showing the justice department by returning the disc back to the state Attorney General's office. The second requested copy of the video i requested be sent to my sister's house because she is attempting to assist me in contacting other resources to address the pattern of abuse. Also as i know you are aware that me as a prisoner can not have possession of a video disc because it is against security of prisons and this is the reason why i requested the 2 disc be sent to the 2 addresses in the Motion & not here to the prison to me?

Thanks,
Respectfully Submitted,
Maurice B. Stewart, Jr.
Plaintiff - pro se