# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAURICE BERNARD STEWART, JR., #208-348, Plaintiff | * |
| v. | * |
| | *   Civil No. JFM-10-863 |
| NORMAN A. BROWN, M.D., *et al.*, Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff, Maurice Bernard Stewart, Jr., and Defendants, Correctional Officer Daniel Lee Flanary and former Correctional Officer David Logsden, by their undersigned attorneys, file this joint motion to amend the scheduling order, for the following reasons:

1. To properly address the issues in this case, undersigned counsel request that the scheduling order be amended so that discovery may continue until July 12, 2013.

2. This joint request is made because Plaintiff's counsel issued subpoenas to Meritus Health and a number of its employees in December 2012. Plaintiff's counsel worked with the attorney for Meritus Health to identify employees for depositions. Numerous demands were made to Meritus Health to obtain the needed information. Plaintiff's counsel did not receive its requested information until March 27, 2013.

3. Counsel continue to diligently consult with one another and are amicably continuing to proceed with discovery to further determine the facts of the case.

4. A proposed order is attached.

5. As discovery is almost complete, undersigned counsel anticipate that this will be the final motion to amend the scheduling order.

6. This Motion is not made for purposes of delay.

WHEREFORE, it is respectfully requested that this Court amend the scheduling order.

|  |  |
|---|---|
| GEPPERT, McMULLEN, PAYE & GETTY | Respectfully submitted,<br><br>DOUGLAS F. GANSLER<br>Attorney General of Maryland |
| /s/<br>MICHAEL A. LLEWELLYN<br>Federal Bar No. 17969<br>21 Prospect Square Cumberland, Maryland 21502<br>(301) 777-1515 (Telephone)<br>(301) 777-0532 (Telefax)<br>Attorneys for the Plaintiff | /s/<br>STEPHANIE LANE-WEBER<br>Assistant Attorney General<br>Federal Bar No. 00023<br>St. Paul Plaza - 19th Floor<br>200 St. Paul Place<br>Baltimore, Maryland 21202<br>(410) 576-6340 (Telephone)<br>(410) 576-6880 (Telefax)<br>E-mail: slaneweber@oag.state.md.us<br>Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MAURICE BERNARD STEWART, JR., #208-348, | * | |
| | * | |
| Plaintiff | * | |
| v. | | Civil No. JFM-10-863 |
| NORMAN A. BROWN, M.D., *et al.*, | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED SCHEDULING ORDER

| | |
|---|---|
| Discovery Deadline; submission of status report | July 12, 2013 |
| Requests for admissions | July 19, 2013 |
| Dispositive pretrial motions deadline | September 12, 2013 |

_____

J. Frederick Motz
United States District Judge