IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAURICE BERNARD STEWART, JR., #208-348, Plaintiff | * * * |
| v. | * * |
| NORMAN A. BROWN, M.D., *et al.*, Defendants | * |

Civil No. JFM-10-863

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**REQUEST FOR ORDER FOR MEDICAL TRANSPORT TO TRIAL**

Maurice Benard Stewart, Jr., Plaintiff, by and through his attorney, Michael A. Llewellyn, hereby submits this Request for Order for Medical Transport to Trial and states as follows:

1. Plaintiff suffers from a malignant sarcoma on his upper back (see Exhibit A), as well as bulging discs in his spine. (See Exhibit B).

2. As a result it is painful for Plaintiff to be seated vertically for extended periods of time.

3. Plaintiff is housed at the Western Correctional Institution. The distance between the prison and the Court is 143 miles by car and is estimated to take around two and one-half (2.5) hours. (See Exhibit C).

4. Plaintiff requires a medical transport so that he can lay horizontally during the commute to the Court for trial.

WHEREFORE, Plaintiff, Maurice Bernard Stewart, respectfully requests that the Court Order Defendants to provide a medical transport for Plaintiff when he attends trial in this matter.

GEPPERT, McMULLEN, PAYE & GETTY

By _____
MICHAEL A. LLEWELLYN
21 Prospect Square
Cumberland, Maryland 21502
(301) 777-1515

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June 2014, a copy of the foregoing Request for Order for Medical Transport to Trial, was sent through PACER, by electronic mail and U.S. mail first class postage-prepaid to:

STEPHANIE LANE-WEBER
Assistant Attorney General
St. Paul Plaza – 19th Floor
200 St. Paul Place
Baltimore, Maryland 21202

slaneweber@oag.state.md.us

Attorneys for Defendants

_____
MICHAEL A. LLEWELLYN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAURICE BERNARD STEWART, JR.,   *
#208-348,
Plaintiff                       *

                                                            *

           v.

                                                            *          Civil No. JFM-10-863

NORMAN A. BROWN, M.D., *et al.*,   *
Defendants

                        * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Having considered Plaintiff's Request for Medical Transport to Trial and any opposition thereto, it is hereby ORDERED:

That Plaintiff, Maurice Benard Stewart, Jr., be provided a medical transport when he travels to trial in this matter.

                                                                                  _____
                                                                                  J. FREDERICK MOTZ
                                                                                  UNITED STATES DISTRICT JUDGE